■ In the Matter of BLADIMIR M., a Person Alleged to be a Juvenile Delinquent, Appellant. [618 NYS2d 1013] —Order of disposition of the Family Court, New York County (Sheldon Rand, J.), entered July 20, 1993, which adjudicated respondent a juvenile delinquent and placed him on 18 months probation, following a fact-finding determination that he committed an act that, if committed by an adult, would constitute the crime of criminal sale of a controlled substance in the fifth degree, unanimously reversed, on the law, and the petition dismissed, without costs.

As the presentment agency concedes on constraint of *Matter of Rodney J.* (83 NY2d 503) and *Matter of Wesley M.* (83 NY2d 898), the petition is jurisdictionally defective. In order to establish a prima facie case against a juvenile, a petition must contain nonhearsay allegations that establish, if true, every element of the offense charged and the accused's commission of the offense *(supra,* at 899). Here, the police laboratory report "contains the signature of * * * a chemist; but that person certified only that the report was a true and full copy of the original and did not actually attest to any personal knowledge regarding the substance" *(supra,* at 900). This deficiency renders the petition invalid; the presentment agency's recourse is to file a new petition *(Matter of Detrece H.,* 78 NY2d 107, 111). Concur—Wallach, J. P., Kupferman, Ross, Asch and Rubin, JJ.